# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| CHARLES R. WHEELER, | * |
| | * |
| Plaintiff, | * |
| | *   CIVIL ACTION NO: |
| vs. | * |
| | *   CV-06-JEO-2055-E |
| CINGULAR WIRELESS II, LLC, | * |
| ALT, INC., WESTTOWER | * |
| COMMUNICATIONS, INC., et al, | * |
| | * |
| Defendants. | * |

## MOTION FOR PERMISSION
## TO WITHDRAW AS COUNSEL

Comes now Don G. DeCoudres and respectfully seeks this Honorable Court's permission to withdraw as counsel for the defendant designated as **"WESTOWER COMMUNICATIONS, INC."** in the above captioned matter. As grounds for said withdrawal, Attorney DeCoudres states as follows:

1.   Attorneys J. Mitchell Frost and Jay E. Tidwell did, on the 13TH day of November, 2006, file a Notice of Appearance with this Honorable Court on behalf of the defendant, WesTower Communications, Inc.

2.   Due to defendant, WesTower Communication, Inc.'s representation by Attorneys J. Mitchell Frost and Jay E. Tidwell, representation by Attorney Don G. DeCoudres is no longer required by this defendant.

3.	Future notice of any proceedings in this action on behalf of defendant, WesTower Communications, Inc., should be directed to Attorneys J. Mitchell Frost and Jay E. Tidwell at the following address:  ***Ferguson, Frost & Dodson, LLP***, P.O. Box 430189, Birmingham, Alabama, 35243-0189.

***WHEREFORE, PREMISES CONSIDERED,*** Attorney Don G. DeCoudres, respectfully seeks this Honorable Court's permission to withdraw as counsel representing defendant, WesTower Communications, Inc., as his representation of said defendant is no longer required.

Respectfully submitted,

*s/Don G. DeCoudres*
Don G. DeCoudres  (DEC002)

***OF COUNSEL***
P.O. Box 36988
Birmingham, Alabama  35236
Phone:	(205) 988-5463
Fax:	(205) 988-9538
E-Mail:	Don.DeCoudres2@thehartford.com

**\*\* ORAL ARGUMENT IS NOT REQUESTED\*\***

## CERTIFICATE OF SERVICE

I, Don G. DeCoudres, do hereby certify that I have on the 15TH day of November, 2006, served a copy of the foregoing pleading electronically via CM/ECF system, upon the following counsel:

>Mr. Joseph L. Dean, Jr.
>*Dean & Barrett*
>P.O. Box 231
>Opelika, Alabama  36803-0231
>(Attorney for Plaintiff)
>
>Mr. Lea Richmond, IV
>*Carr, Allison, Pugh, Howard, Oliver & Sisson*
>100 Vestavia Parkway – Suite #200
>Birmingham, Alabama  35216
>(Attorney for Crown Castle International Corp.)
>
>Mr. Patrick R. Norris
>***McDaniel, Bains & Norris, P.C.***
>Two Metroplex Drive – Suite #504
>Birmingham, Alabama  35209-6812
>(Attorney for Cingular Wireless, LLC)
>
>Mr. J. Mitchell Frost
>Mr. Jay E. Tidwell
>***Ferguson, Frost & Dodson, LLP***
>P.O. Box 430189
>Birmingham, AL  35243-0189
>(Attorneys for WesTower Communications, Inc.)

                                          *s/Don G. DeCoudres*
                                          OF COUNSEL