IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICIA ANNE COTTON, etc., et al., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| VS. ) | CASE NO.: CV-06-BE-1486-E |
| ) | |
| BETA-COM, INC., etc., et al., ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

## MOTION FOR SUBSTITUION OF COUNSEL

COMES NOW, Patrick G. Montgomery, of Ferguson, Frost & Dodson, LLP ("Ferguson, Frost") and moves this Honorable Court to substitute him as counsel for Jay E. Tidwell in the *Cotton* and *Wheeler* proceedings. As grounds therefore, Mr. Montgomery states:

1. While at Ferguson, Frost, Mr. Tidwell previously served as counsel for ALT, Inc. ("ALT"), WesTower Communications, Inc. ("WesTower"), Josh Cook ("Cook"), Adam Waterman ("Waterman"), and Matt Deadmond ("Deadmond") in the *Cotton* and *Wheeler* cases.

2. Mr. Tidwell is no longer associated with the Ferguson, Frost firm.

3. J. Mitchell Frost, Jr. of Ferguson, Frost continues to represent ALT, WesTower, Cook, Waterman, and Deadmond in the *Cotton* and *Wheeler* cases.

1

WHEREFORE, premises considered, Mr. Montgomery respectfully requests this Honorable Court substitute him as counsel for Jay E. Tidwell in the *Cotton* and *Wheeler* cases.

Respectfully submitted,

/s/ Patrick G. Montgomery
J. Mitchell Frost, Jr.  (asb-1252-o40j)
Patrick G. Montgomery (asb-1173-c66m)
*Attorneys for ALT, Inc., Josh Cook,
Matt Deadman, Adam Waterman and
WesTower Communications, Inc*.

Of Counsel:
FERGUSON, FROST & DODSON, LLP
Post Office Box 430189
Birmingham, Alabama  35243-0189
Phone: (205) 879-8722
Fax: (205) 879-8831

CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of January, 2007, served a copy of the foregoing pleading via CM/ECF filing system on all parties of record:

Bill Thomason, Esquire
THOMASON, MAPLES & ALLSUP, LLC
1710 – 2nd Avenue North
Bessemer, AL  35020

James A. Shands, Esquire
205 – 20th Street North
Suite 500
Birmingham, AL  35203

2

Charles P. Gaines, Esquire
L. Shaw Gaines, Esquire
GAINES, GAINES & RASCO, PC
P. O. Box 275
Talladega, AL  35161
*(Attorneys for Plaintiffs)*

Thomas S. Thornton, III, Esquire
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, AL  35216
*(Attorney for Betacom Incorporated
 And Randall H. Bowe)*

Patrick R. Norris, Esquire
MCDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, AL  35209-6812
*(Attorney for Cingular Wireless, LLC)*

Lea Richmond, IV, Esquire
CARR ALLISON
100 Vestavia Parkway, Suite 200
Birmingham, AL  35216
*(Attorney for Crown Castle International Corp.)*

Joseph L Dean, Jr
DEAN & BARRETT
457 South Tenth Street
PO Box 231
Opelika, AL 36803-0231
*(Attorney for Charles R. Wheeler)*

    /s/ Patrick G. Montgomery
    OF COUNSEL

#141419