FILED
2008 Oct-07 AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| CHARLES R. WHEELER, | ] |
| Plaintiff, | ] |
| v. | ] CV-06-BE-2055-E |
| CINGULAR WIRELESS II, LLC, et al., | ] |
| Defendants. | ] |

## ORDER

This matter is before the court on "Motion for Summary Judgment by WesTower Communications, Inc." (doc. 114) and "Defendant AT&T Mobility LLC's Motion for Summary Judgment and Supporting Brief" (doc. 119 [1]). For the reasons stated in the memorandum opinion filed contemporaneously with this Order, the court GRANTS the motion for summary judgment of AT&T Mobility, Inc., formerly known as Cingular Wireless, LLC; and GRANTS WesTower's motion for summary judgment. Thus, the court enters summary judgment in favor of AT&T Mobility, LLC and WesTower Communications, Inc. and dismisses the claims against them with prejudice. The case will proceed against Defendant ALT.

DONE and ORDERED this 7th day of October, 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE

---

[1] Document 118 is AT&T's motion for summary judgment in the related Cotton case.